IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SCOTT HARDWICK, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:20-cv-00127-MTT |
| | * |
| CORRECTHEALTH BIBB LLC, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants CorrectHealth Bibb, LLC, Sheriff David Davis and Scott Chapman. Plaintiffs shall recover nothing of these Defendants, and these Defendants shall also recover costs of this action.

This 16th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk